AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

Final
**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 00-CV-335C

Diamond D. Construction Corp.

v.

New York State Department of Labor, Bureau of Public Works, et al

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's motion for preliminary injunctive relief is denied and Defendant's motion to dismiss the amended and supplemental complaint is granted.

Date: March 31, 2006                                    RODNEY C. EARLY,
                                                        CLERK

                                                By:     s/Deborah M. Zeeb
                                                        Deputy Clerk